JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HOUCHIN,<br><br>　　　　Plaintiff<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:20-cv-07688-DFM<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: August 11, 2021

_____
THE HONORABLE DOUGLAS F. MCCORMICK
United States Magistrate Judge

-1-